UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND
NORTHERN DIVISION

CASE NO.: 1:23-cv-03171

GRANT HEILMAN PHOTOGRAPHY, INC.,

        Plaintiff,

v.

THE TREE CENTER, LLC,

        Defendant,

**COMPLAINT FOR COPYRIGHT INFRINGEMENT**
**(INJUNCTIVE RELIEF DEMANDED)**

Plaintiff, GRANT HEILMAN PHOTOGRAPHY, INC., by and through its undersigned counsel, brings this Complaint against Defendant, THE TREE CENTER, LLC, for damages and injunctive relief, and in support thereof states as follows:

**SUMMARY OF THE ACTION**

1. Plaintiff, GRANT HEILMAN PHOTOGRAPHY, INC. ("GHPI"), brings this action for violations of exclusive rights under the Copyright Act, 17 U.S.C. § 106, to copy and distribute GHPI's original copyrighted Work of authorship.

2. GHPI has provided the world with rights-managed stock photography for over seventy years. GHPI is situated in Pennsylvania's beautiful Lancaster County farmland. Its library holds more than a half-million images in specialized subject matter, the finest selection of agriculture, natural science, horticulture, wildlife, and renewable energy imagery. In addition, its library contains a vintage collection of black and white photography from the 1920s through the 1960s, showcasing farm life during the great depression and beyond. Renowned photographer Grant Heilman ("Heilman") began marketing his imagery in 1948 after accumulating captivating

photography that complimented his photojournalism career. Heilman worked hard to establish an upstanding business philosophy that drew customers worldwide. In the past half century, GHPI's library has grown to represent the collections of more than 150 professional photographers.

3. Defendant The Tree Center, LLC ("The Tree Center") is a plant supply company that praises itself on their combined 40 years of horticultural experience. Their business goal is to provide their customers with the highest quality trees at the best prices so the trees will succeed, but also in hopes of making a lasting difference to the environment. At all times relevant herein, The Tree Center owned and operated the internet website located at the following URL: https://www.thetreecenter.com/ (the "TTC Website").

4. GHPI alleges that Defendant copied their copyrighted Work from the internet in order to advertise, market and promote its business activities. The Tree Center committed the violations alleged in connection with its business.

## JURISDICTION AND VENUE

5. This is an action arising under the Copyright Act, 17 U.S.C. § 501.

6. This Court has subject matter jurisdiction over these claims pursuant to 28 U.S.C. §§ 1331, 1338(a).

7. Defendant is subject to personal jurisdiction in Maryland.

8. Venue is proper in this district under 28 U.S.C. § 1391(b) and (c) and 1400(a) because the events giving rise to the claims occurred in this district, The Tree Center engaged in infringement in this district, The Tree Center resides in this district, and The Tree Center is subject to personal jurisdiction in this district.

## DEFENDANT

9. The Tree Center, LLC is a Maryland Limited Liability Company, with its principal place of business at 908 Malvern Hill Dr., Davidsonville, MD 21305, and can be served

by serving its Registered Agent, Clint Stelfox, at 908 Malvern Hill Dr., Davidsonville, MD 21305.

## THE COPYRIGHTED WORK AT ISSUE

10. In 1994, GHPI created the photograph entitled "GHP-4573767", which is shown below and referred to herein as the "Work".



11. GHPI registered the Work with the Register of Copyrights on February 02, 2010, and was assigned registration number VA 1-701-168. The Certificate of Registration is attached hereto as **Exhibit 1**.

12. GHPI displayed the Work on its professional website at the following URL: https://www.heilmanphoto.com/frameset.asp?tag=results.asp&txtkeys=GHP-4573767 ("the GHPI Website"). At the time the Work was published on the GHPI Website and at all times thereafter, GHPI displayed their copyright notice link on the GHPI Website.[1]

---

[1] https://www.heilmanphoto.com/frameset.asp?tag=results.asp&txtkeys=GHP-4573767

13. GHPI's display of the Work on the GHPI Website also includes copyright management information ("CMI") in the form of visible watermarks embedded on the Work and various copyright notices (collectively, the "Attributions").

14. GHPI's Work is protected by copyright but is not otherwise confidential, proprietary, or trade secrets. The Work in perspective, orientation, positioning, lighting, and other details are entirely originally, distinctive, and unique. As such, the Work qualifies as subject matter protectable under the Copyright Act.

15. At all relevant times GHPI was the owner of the copyrighted Work.

## INFRINGEMENT BY THE TREE CENTER

16. The Tree Center has never been licensed to use the Work at issue in this action for any purpose.

17. On a date after the Work at issue in this action was created, but prior to the filing of this action, The Tree Center copied the Work.

18. On or about March 22, 2023, GHPI discovered the unauthorized use of its Work on the website at the URL https://www.thetreecenter.com/what-are-tetraploid-daylilies/ (the "Website").

19. The Tree Center copied GHPI's copyrighted Work without GHPI's permission or authority.

20. After The Tree Center copied the Work, it made further copies and distributed the Work on the internet to promote the sale of goods and services as part of its plant supply company.

21. The Tree Center copied and distributed GHPI's copyrighted Work in connection with Defendant's business for purposes of advertising and promoting its business, and in the course and scope of advertising and selling products and services.

22. The Tree Center committed copyright infringement of the Work as evidenced by the documents attached hereto as **Exhibit 2**.

23. GHPI never gave Defendant permission or authority to copy, distribute, or display the Work at issue in this case.

24. GHPI notified The Tree Center of the allegations set forth herein on March 31, 2023, and April 19, 2023. To date, the parties have failed to resolve this matter.

25. When The Tree Center copied and displayed the Work at issue in this case, The Tree Center removed GHPI's copyright management information from the Work.

26. GHPI never gave The Tree Center permission or authority to remove copyright management information from the Work at issue in this case.

## COUNT I
## COPYRIGHT INFRINGEMENT

27. GHPI incorporates the allegations of paragraphs 1 through 26 of this Complaint as if fully set forth herein.

28. GHPI owns a valid copyright in the Work at issue in this case.

29. GHPI registered the Work at issue in this case with the Register of Copyrights pursuant to 17 U.S.C. § 411(a).

30. The Tree Center copied, displayed, and distributed the Work at issue in this case and made derivatives of the Work without GHPI's authorization in violation of 17 U.S.C. § 501.

31. The Tree Center performed the acts alleged in the course and scope of its business activities.

32. Defendant's acts were willful.

33. GHPI has been damaged.

34. The harm caused to GHPI has been irreparable.

## COUNT II
## REMOVAL OF COPYRIGHT MANAGEMENT INFORMATION

35. GHPI incorporates the allegations of paragraphs 1 through 34 of this Complaint as if fully set forth herein.

36. The Work contains copyright management information ("CMI") in the form of Attributions on the GHPI Website.

37. The Tree Center knowingly and with the intent to enable or facilitate copyright infringement, displayed the Work on the Website without any of the Attributions in violation of 17 U.S.C. § 1202(b).

38. The Tree Center distributed the Work to Website knowing that the CMI had been removed or altered without authority of the copyright owner or the law.

39. The Tree Center committed these acts knowing or having reasonable grounds to know that it would induce, enable, facilitate or conceal infringement of GHPI's rights in the Work.

40. The Tree Center caused, directed, and authorized others commit these acts knowing or having reasonable grounds to know that it would induce, enable, facilitate or conceal infringement of GHPI's rights in the Work at issue in this action protected under the Copyright Act.

41. GHPI has been damaged.

42. The harm caused to GHPI has been irreparable.

**WHEREFORE,** the Plaintiff GRANT HEILMAN PHOTOGRAPHY, INC. prays for judgment against the Defendant THE TREE CENTER, LLC that:

a. The Tree Center and its officers, agents, servants, employees, affiliated entities, and all of those in active concert with them, be preliminarily and permanently enjoined from committing the acts alleged herein in violation of 17 U.S.C. §§ 501 and 1202;

b. The Tree Center be required to pay GHPI its actual damages and Defendant's profits attributable to the infringement, or, at GHPI's election, statutory damages, as provided in 17 U.S.C. §§ 504 and 1203;

c. GHPI be awarded its attorneys' fees and costs of suit under the applicable statutes sued upon;

d. GHPI be awarded pre- and post-judgment interest; and

e. GHPI be awarded such other and further relief as the Court deems just and proper.

## JURY DEMAND

GHPI hereby demands a trial by jury of all issues so triable.

DATED: November 20, 2023             Respectfully submitted,

*/s/Eliezer Lekht*
ELIEZER LEKHT (Atty ID 2302140012)
elekht@tarterkrinsky.com

**TARTER, KRINSKY, & DROGIN**
1350 Broadway
New York, NY 10018
212.574.0365 – Telephone

*Counsel for Plaintiff Grant Heilman Photography, Inc.*