

# UNITED STATES DISTRICT COURT
## DISTRICT OF MARYLAND
### OFFICE OF THE CLERK

Catherine M. Stavlas, Clerk of Court
David E. Ciambruschini, Chief Deputy

Reply to Northern Division Address

January 18, 2024

Clint Stelfox
908 Malvern Hill Drive
Davidsonville, MD 21305

      Re:    Case No. 1:23-cv-03171-JKB

Dear Counsel/Party:

The Clerk received your Motion on January 18, 2024; however, it is deficient in the area(s) checked below and is being returned to you.

**Noncompliance with L.R. 101 or 102**
- ☐ Member of bar has not signed the document.
- ☒ Business entities other than sole proprietorships must be represented by counsel.

**Noncompliance with L.R. 102 and FRCivP 5**
- ☐ Certificate of service not affixed to document.
- ☐ Certificate of service not dated and/or not signed.

**Noncompliance with L.R. 104 or 105**
- ☐ Discovery materials should not be filed unless in support of a motion or by court order.
- ☐ Discovery motion filed contrary to L.R. 104.7.
- ☐ Motion to compel filed contrary to L.R. 104.8.

**Miscellaneous**
- ☐ Document does not contain original signature.
- ☐ Document relates to more than one file. Original and appropriate copies are required for each file unless the cases have been consolidated for all purposes.
- ☐ Offer of judgment should not be filed with the Court until it has been accepted. Fed. R. Civ. P. 68.
- ☐ Other:

/S/  JAMES K. BREDAR    1/25/24
James K. Bredar    Date
United States District Judge

cc: Other counsel/party
Return pleading letter (Rev. 02/2011)

Northern Division • 4228 U.S. Courthouse • 101 W. Lombard Street • Baltimore, Maryland 21201• 410-962-2600
Southern Division • 200 U.S. Courthouse • 6500 Cherrywood Lane • Greenbelt, Maryland 20770 • 301-344-0660

Visit the U.S. District Court's Website at www.mdd.uscourts.gov