UNITED STATES DISTRICT COURT
MARYLAND DISTRICT COURT
GREENBELT

CASE NO.: 1:23-CV-03171

GRANT HEILMAN PHOTOGRAPHY, INC.,

    Plaintiff,

v.

THE TREE CENTER, LLC.,

    Defendant.

## MOTION FOR ENTRY OF CLERK'S DEFAULT

Plaintiff Grant Heilman Photography, Inc. ("GHPI"), by and through its undersigned counsel, hereby requests that the Clerk enter default in this matter against Defendant, The Tree Center, LLC ("The Tree Center"), hereto on the ground that The Tree Center has failed to file an answer or otherwise sufficient response to the Complaint within the time prescribed by the Federal Rules of Civil Procedure. The Declaration of Faith Beckworth in Support of Motion for Entry of Clerk's Default ("Beckworth Decl.") filed concurrently herewith demonstrates that on November 20, 2023, The Tree Center was served with the Summons and a copy of the Complaint by personal service, by serving its registered agent, Clint Stelfox, at 908 Malvern Hill Drive, Davidsonville, MD 21305. The time allowed for The Tree Center to file an answer to the Complaint has expired. The Court granted two extensions of time for The Tree Center to answer the Complaint. The motions for extension were filed as a courtesy by Plaintiff's counsel, in hopes that the Parties could come to a mutual resolution. The Tree Center has failed to answer or otherwise sufficiently respond to the Complaint or serve a copy of any Answer or other response upon Plaintiff's attorney of record.

**SRIPLAW**
CALIFORNIA ◆ GEORGIA ◆ FLORIDA ◆ TENNESSEE ◆ NEW YORK

GHPI is informed and believes that The Tree Center is a corporation and is not considered an infant or incompetent person. Plaintiff is informed and believes that the Servicemembers Civil Relief Act does not apply.

WHEREFORE, Plaintiff Grant Heilman Photography, Inc. requests that a default be entered by the Clerk against Defendant, The Tree Center, LLC, and for such other and further relief as to the Court deems just and proper in the premises.

Dated: January 25, 2024                    Respectfully submitted,

*/s/ Faith Beckworth*
FAITH BECKWORTH
faith.beckworth@sriplaw.com

**SRIPLAW, P. A.**
3355 Lenox Rd. NE
Ste. 750
Atlanta, GA 30326
470.200.0168 - Telephone
561.404.4353 - Facsimile

*Counsel for Plaintiff Grant Heilman Photography, Inc.*