### UNITED STATES DISTRICT COURT
### MARYLAND DISTRICT COURT
### GREENBELT

### CASE NO.:  1:23-CV-03171-JKB

GRANT HEILMAN PHOTOGRAPHY, INC.,

                Plaintiff,

v.

THE TREE CENTER, LLC,

                Defendant,

## **PLAINTIFF'S MOTION PURSUANT TO FRCP 56(d)**

Plaintiff Grant Heilman Photography, Inc., by and through its undersigned counsel, hereby files this, its Motion Pursuant to Fed. R. Civ. P. 56(d), in conjunction with its Response in Opposition to Defendant's Motion for Summary Judgment and the Affidavit of Faith D. Beckworth.

Defendant filed its Motion for Summary Judgment prior to the parties engaging in their Rule 16(b) conference. In response, Plaintiff submits the attached affidavit, identifying topics necessary for discovery, which will allow Plaintiff to properly respond to and oppose Defendant's premature Motion for Summary Judgment. Accordingly, pursuant to Fed. R. Civ. P. 56(d), Plaintiff requests time for the parties to conduct discovery, and for Defendant's Motion for Summary Judgment to be DENIED.

Dated:  March 5, 2024                Respectfully submitted,

*/s/  Faith Beckworth*
FAITH BECKWORTH, Pro Hac Vice
faith.beckworth@sriplaw.com
**SRIPLAW, P. A.**
3355 Lenox Rd. NE, Ste. 750
Atlanta, GA 30326

470.200.0168 - Telephone
561.404.4353 - Facsimile

*Counsel for Plaintiff Grant Heilman Photography, Inc.*

*/s/Eliezer Lekht*
ELIEZER LEKHT
New Jersey Bar Number: 33019-2021
elekht@tarterkrinsky.com

**TARTER, KRINSKY, & DROGIN**
1350 Broadway
New York, NY 10018
212.574.0365 – Telephone

*Counsel for Plaintiff Grant Heilman Photography, Inc.*

## CERTIFICATE OF SERVICE

The undersigned does hereby certify that on March 5, 2024, a true and correct copy of the foregoing document was served by electronic mail to all parties listed below on the Service List.

*/s/ Faith D. Beckworth*
FAITH D. BECKWORTH

## SERVICE LIST

J. Stephen Simms
**SIMMS SHOWERS LLP**
D: +1 443-290-8704
M: +1 410-365-6131
jssimms@simmsshowers.com

*Counsel for Defendant The Tree Center, LLC*

**UNITED STATES DISTRICT COURT**
**MARYLAND DISTRICT COURT**
**GREENBELT**

**CASE NO.:  1:23-CV-03171-JKB**

GRANT HEILMAN PHOTOGRAPHY, INC.,

               Plaintiff,

v.

THE TREE CENTER, LLC,

               Defendant,

## <u>AFFIDAVIT OF FAITH D. BECKWORTH</u>

Faith D. Beckworth certifies as follows under the penalties of perjury:

1.    I am over 21 years old and competent to make this affidavit.

2.    I am counsel for Plaintiff, Grant Heilman Photography, Inc. in the instant action.

3.    This case is in its beginning stages and the parties have not had an opportunity to conduct discovery on any triable issues.

4.    Pursuant to Fed. R. Civ. P. 56(d), and in conjunction with its Response in Opposition to Defendant's Motion for Summary Judgment, Plaintiff identifies the following topics upon which discovery is needed:

     a.  Information involving the source and access of the Work at issue;

     b.  Information involving the relationship between the Defendant and agents and/or independent contractors allegedly responsible for the infringement;

     c.  Communications and/or agreements between Defendant and agents and/or independent contractors allegedly responsible for the infringement;

d.   Information regarding the storage and maintenance of the Work at issue by Defendant;

e.   Information regarding distribution and display of the Work at issue by Defendant;

f.   Information regarding storage of the Work at issue on Defendant's servers;

g.   Information regarding Defendant's management of its website;

h.   Information regarding Defendant's review of materials uploaded to its website;

i.   Information related to the commercial nature of Defendant's website;

j.   Information related to Defendant's right and ability to control materials uploaded to its website;

k.   Information related to Defendant's purpose and character of the use of the Work at issue;

l.   Information related to Defendant's licensing history for images on its website;

m.  Information related to Defendant's access of the Work at issue;

n.   Information related to Defendant's digital manipulation of the Work at issue;

o.   Information related to Defendant's licenses, if any, with Plaintiff;

p.   Information related to Defendant's knowledge and understanding of copyright law, attribution, and licensing;

q.   Defendant's distribution of the Work at issue;

r.   Defendant's display of the Work at issue;

      s.   Notices received by Defendant for claims of copyright infringement;

      t.   Information related to Defendant's refusal to remove the Work at issue from public display;

      u.   Defendant's efforts to determine the copyright owner of the Work at issue;

5.    Plaintiff requires information on each of the above-listed topics to determine material facts that are central to the claims asserted in its Complaint.

6.    The above-listed facts and information are all primarily within the Defendant's control and could not be known to Plaintiff outside of formal discovery. As such, discovery is necessary.

7.    Plaintiff attempted to discuss these matters with Defendant prior to litigation but was unable to engage in communication with Defendant prior to filing the Complaint. The first opportunity Plaintiff will have to obtain necessary facts and information will be in discovery process.

8.    Allowing the parties time to conduct the above discovery will allow Plaintiff to demonstrate a  genuine issue of material fact as to the assertions in Defendant's Motion for Summary Judgment.

9.    On March 5, 2024, I reviewed Defendant's website as it currently exists, and as it existed in 2022, and found that there was no way for an individual member of the public to post articles to Defendant's website.

      I certify, under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

      Executed on March 5, 2025.

*Faith Beckworth*
_____
FAITH D. BECKWORTH

**UNITED STATES DISTRICT COURT**
**MARYLAND DISTRICT COURT**
**GREENBELT**

**CASE NO.:  1:23-CV-03171-JKB**

GRANT HEILMAN PHOTOGRAPHY, INC.,

                    Plaintiff,

v.

THE TREE CENTER, LLC,

                    Defendant,

**[PROPOSED]**

**ORDER ON PLAINTIFF'S MOTION PURSUANT TO FRCP RULE 56(d)**

Upon good consideration of Plaintiff's Motion Pursuant to FRCP Rule 56(d), and the supporting Affidavit of Faith D. Beckworth, it is hereby ORDERED that Plaintiff's motion shall be **GRANTED.**

Defendant's Motion for Summary Judgment is hereby **DENIED.**

The parties shall have up to and including _____, 2024 to conduct discovery in this matter.

Dated:  _____, 2024          **BY THE COURT:**

                                           _____

                                         The Honorable James K. Bredar