IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| GRANT HEILMAN PHOTOGRAPHY, INC., | * |
| Plaintiff, | * |
| v. | Case No. 1:23-CV-03171-JKB |
| THE TREE CENTER, LLC, | * |
| Defendant. | * |

\* \* \* \* \* \* \* \* \* \* \* \*

## L.R. 101(b) REQUEST FOR LEAVE
## TO WITHDRAW APPEARANCE OF COUNSEL

Pursuant to L.R. 101(b), J. Stephen Simms and Catherine M. Benson respectfully request this Court to grant leave for them to withdraw their appearance as counsel for defendant The Tree Center, LLC.

Pursuant to L.R. 101(b)(1), Larissa Nicole Byers, Law Offices of Frank F. Daily, P.A. has entered her appearance as, and will continue as, counsel for The Tree Center, LLC.

Mr. Simms and Mrs. Benson herewith submit a draft order.

Dated: May 3, 2024.

Respectfully Submitted,

/s/ J. Stephen Simms
J. Stephen Simms (#4269)
Simms Showers LLP
201 International Circle, Suite 230
Baltimore, Maryland 21030
Ph: 443-290-8704
Fax: 410-510-1789
jssimms@simmsshowers.com

## **CERTIFICATE OF SERVICE**

I hereby certify that, on this 3rd day of May, 2024, I caused the foregoing to be filed on this Court's CM/ECF system for service on all record counsel.

/s/ J. Stephen Simms