IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

GRANT HEILMAN PHOTOGRAPHY, INC.,     *

        Plaintiff,     *

                                                              Case No. 1:23-CV-03171-JKB

v.     *

THE TREE CENTER, LLC,     *

        Defendant.     *

\*     \*     \*     \*     \*     \*     \*     \*     \*     \*     \*     \*

**ORDER GRANTING
L.R. 101(b) REQUEST FOR LEAVE
TO WITHDRAW APPEARANCE OF COUNSEL**

Upon the request of this Court pursuant to L.R. 101(b) by J. Stephen Simms and Catherine M. Benson for this Court to grant leave for them to withdraw their appearance as counsel for defendant The Tree Center, LLC; and

Considering that pursuant to L.R. 101(b)(1), Larissa Nicole Byers, Law Offices of Frank F Daily PA has entered her appearance as and will continue as counsel for The Tree Center, LLC.

This Court hereby grants Mr. Simms and Mrs. Benson leave to withdraw as counsel for defendant The Tree Center, LLC.

SO ORDERED this __3__ day of May, 2024.

                                                                                      _/s/ James K. Bredar_
                                                                                      Hon. James K. Bredar
                                                                                      Senior United States District Judge