UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

| | |
|---|---|
| **CHAMBERS OF**<br>**ADAM B. ABELSON**<br>**UNITED STATES MAGISTRATE JUDGE** | **101 WEST LOMBARD STREET**<br>**BALTIMORE, MARYLAND 21201**<br>(410) 962-7750<br>MDD_ABAchambers@mdd.uscourts.gov |

May 30, 2024

To:	Counsel of Record

Subject:	<u>Grant Heilman Photography, Inc. v. The Tree Center, LLC</u>
Civil No.: ABA-23-3171-ABA

Dear Counsel:

The above-referenced case was referred to me by Judge Bredar for all proceedings, pursuant to 28 U.S.C. § 636(c) and Local Rule 301 (ECF No. 33).

I understand that the parties consented to proceed before a Magistrate Judge and have submitted their consent forms.

**By June 11, 2024**, the parties shall submit a joint report answering the questions raised in Judge Bredar's April 29, 2024 letter order and proposed scheduling order (ECF No. 30).

By separate letter order, dated today, I am providing you with my informal discovery dispute procedure, which will govern all future discovery disputes in this case.

Finally, please note that my initials, as listed above, should be used on all further correspondence and filings with the court.

Despite the informal nature of this letter, it will constitute an Order of the court and will be docketed accordingly.

Very truly yours,

_____/s/_____
Adam Abelson
United States Magistrate Judge