UNITED STATES DISTRICT COURT
MARYLAND DISTRICT COURT
GREENBELT

CASE NO.: 1:23-cv-03171-JKB

GRANT HEILMAN PHOTOGRAPHY, INC.,

    Plaintiff,

v.

THE TREE CENTER, LLC,

    Defendant,

## PLAINTIFF'S REPORT

COMES NOW Plaintiff Grant Heilman Photography, Inc. ("Plaintiff") and, pursuant to this Court's Order dated May 30, 2024, hereby submits this Report. Plaintiff's counsel was not able to reach Defendant's counsel in order to file a Joint Report; as such, Plaintiff submits its own Report, showing the Court as follows:

1. Plaintiff consents to referral of all proceedings in this case, including trial and final disposition, to a Magistrate Judge.

2. Plaintiff consents to the dates listed in the draft scheduling order.

3. Discovery of electronically stored information may be necessary.

4. Expert discovery may be deferred until after summary judgement motions are resolved.

5. Plaintiff estimates that the parties may need approximately sixteen (16) hours to conduct the depositions of representatives for Plaintiff and Defendant. In the event that experts are retained, the parties may need approximately sixteen (16) additional hours.

**SRIPLAW**
CALIFORNIA ♦ GEORGIA ♦ FLORIDA ♦ TENNESSEE ♦ NEW YORK

6. It may be appropriate to conduct a settlement conference with a Magistrate Judge at some point during the pendency of this action.

DATED: June 11, 2024

Respectfully submitted,

*/s/ Faith Beckworth*
**Faith Beckworth**
faith.beckworth@sriplaw.com
SRIPLAW, P. A.
3355 Lenox Rd. NE
Ste. 750
Atlanta, GA - 30326
+1 (470) 200-0168 - Telephone

*Counsel for Plaintiff*