**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**
**Northern Division**

GRANT HEILMAN PHOTOGRAPHY, INC.,        *

     Plaintiff,        *

v.        *        Case No. 1:23-CV-03171-JKB

THE TREE CENTER, LLC,        *

     Defendant.        *

    *        *        *        *        *        *

## <u>DEFENDANT'S STATUS REPORT</u>

COMES NOW Defendant The Tree Center, LLC ("Defendant"), pursuant to the Court's May 30, 2024 Order hereby submits this Status Report.[1]

1. Defendant consents to referral of all proceedings in this case, including trial and final disposition, to a Magistrate Judge.

2. Defendant consents to the dates listed in the draft scheduling order.

3. Discovery of electronically stored information may be necessary.

4. Expert discovery may be deferred until after summary judgment motions are ruled on.

5. Defendant concurs with Plaintiff's estimates regarding hours needed for depositions: approximately sixteen (16) hours for depositions of representatives

---

[1] Undersigned counsel was in trial in the Circuit Court for Anne Arundel County in the matter of *Whitsend III, Inc. v. Heritage Mechanical, LLC*, starting June 10, 2024, and commencing June 12, 2024, and therefore was unable to respond to Plaintiff's Counsel to produce a Joint Status Report.

of the Plaintiff and Defendant, and potentially an additional sixteen (16) hours for expert depositions.

6. Defendant concurs that a settlement conference with a Magistrate Judge may be appropriate at a later date.

*/s/ Larissa N. Byers*

Larissa N. Byers, Esquire #25881
The Law Offices of Frank F. Daily, P.A.
Executive Plaza III, Suite 704
11350 McCormick Road
Hunt Valley, MD  21031
Phone:  (410) 584-9443
Fax (410) 584-9619
lbyers@frankdailylaw.com
*Attorney for Defendant The Tree Center, LLC*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 12th day of June, 2024, I filed the foregoing Status

Report on this Court's CM/ECF system for service on all counsel of record.

/s/ *Larissa N. Byers*

_____

Larissa N. Byers