UNITED STATES DISTRICT COURT
MARYLAND DISTRICT COURT
GREENBELT

CASE NO.: 1:23-cv-03171-ABA

GRANT HEILMAN PHOTOGRAPHY, INC.,

        Plaintiff,

v.

THE TREE CENTER, LLC.,

        Defendant.

## NOTICE OF SETTLEMENT

Plaintiff GRANT HEILMAN PHOTOGRAPHY, INC. by and through its undersigned counsel, hereby notifies the Court that the parties have reached a settlement and requests until November 10, 2024 in which to file a Stipulation of Dismissal.

Dated: October 11, 2024          Respectfully submitted,

*/s/ Jordan I. Abisror*
JORDAN I. ABISROR (*Pro Hac Vice*)
jordan.abisror@sriplaw.com

**SRIPLAW, P. A.**
41 Madison Avenue
25th Floor
New York, New York 10010
646.475.9070 – Telephone
561.404.4353 – Facsimile

and

ELIEZER LEKHT
Bar Number: Atty ID 2302140012
elekht@tarterkrinsky.com

**TARTER, KRINSKY, & DROGIN**
1350 Broadway

**SRIPLAW**
CALIFORNIA ◆ GEORGIA ◆ FLORIDA ◆ INDIANA ◆ TENNESSEE ◆ NEW YORK ◆ TEXAS

New York, New York  10018
212.574.0365 - Telephone
212 216 8001 – Facsimile

*Counsel for Plaintiff Grant Heilman Photography, Inc.*